UNITED STATES BANKRUPTCY COURT
IN THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

MISS-JIMMIE KING STALVEY, Case No.: 3:05-14386

Debtor(s).

---

**CHAPTER 13 PLAN**

The Debtor submits the following Chapter 13 Plan:

1. The future earnings of the Debtor are submitted to the supervision and control of the Trustee, and the Debtor shall pay to the Trustee the sum of $104.82 per month for months 1 to 36, for a total period of thirty-six (36) months.

2. From the payments so received, the Trustee shall make disbursements as follows:

A. Priority Claims.

(1) The fees and expenses of the Trustee shall be paid over the life of the plan at the rate of 4.65% of the amount of all payments under the plan.

(2) Debtor owes attorney fees to *JOHN S. WINKLER, P.A.* in the amount of $2,200.00 which the Trustee shall pay at the rate of $100.00 per month for months 1 through 22. The remaining balance of these monthly payments shall be applied as specified in paragraph C(1).

B. Secured Claims.

(1) *BANK OF AMERICA* holds a first mortgage on the Debtor's principal residence. The Debtor shall make regular monthly payments of $341.51 (or such other monthly amount as may be required because of interest rate adjustments or escrow requirement changes) outside of the plan. The Debtor is current on the mortgage.

C. Unsecured Claims.

The Trustee shall make monthly payments of $100.00, following payment of A.(2), for the unsecured claims in months 23 through 36, for the balance of the plan. Each unsecured

creditor will receive a pro rata portion of all payments (including for the unsecured portion of lien claims).

D. Miscellaneous Provisions.

(1) Any claims filed after the deadline for filing proofs of claim shall receive no distribution under this plan unless specifically provided for above.

(2) The Debtor does not reject any executory contract.

(3) The title to all property of the estate shall revest to the Debtor upon confirmation of this plan.

(4) Each allowed secured mortgage claim account shall be deemed current as of the date of confirmation of the Plan for the purpose of requiring annual timely escrow account statements pursuant to the provisions of applicable Federal law. This provision does not excuse the debtor from making the required payments under the terms of this Plan. Upon successful completion of the Plan, each allowed secured mortgage claim amount shall be deemed current as a matter of law.

(5) No allowed secured claimant shall be entitled to receive interest, late charges or other fees during the pendency of this Plan except as specifically provided for.

JOHN S. WINKLER, P.A.

/s/ John S. Winkler

DATE: October 31, 2005

JOHN S. WINKLER
Florida Bar No.559830
MAX STORY
Florida Bar No. 527238
2515 Oak Street
Jacksonville, FL 32204
(904) 384-9918
Attorneys for Debtor